# Weisberg & Meyers, LLC
## Attorneys for Consumers
(please direct mail to our corporate office in phoenix)
5025 North Central Ave, #602
Phoenix, Arizona 85012
www.AttorneysForConsumers.com
Toll Free Nationwide 1-888-595-9111
866-565-1327 Facsimile

extension: 511　　　　　　　　　　　　　　　　　　　　　　　　　　　　Writer licensed in:
E-mail: JLahiff@AttorneysForConsumers.com　　　　　　　　　　　New York and New Jersey

March 24, 2014

**Submitted via CM/ECF**

Hon. Mae A. D'Agostino
U.S. District Court Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany NY 12207

　　　　　**RE:**　　**James and Katherine Nichols v. Niagara Credit Recovery, Inc. et al**
　　　　　　　　**Case No. 5:12-cv-01068-MAD-TWD**

Dear Judge D'Agostino:

　　Pursuant to this Court's Judgment dated February 13, 2014 (Doc. No. 47), Plaintiffs, by and through their attorneys Weisberg & Meyers, LLC, submits this request for additional time to dismiss this action. Due to unforeseen circumstances Defendants have been unable to furnish the settlement proceeds in this matter. Mr. Salvatore Gallo, president of Niagara Credit Recovery, Inc. has advised Plaintiffs' counsel that Mr. Charles F. Pitarresi, counsel for Defendants, is no longer employed by Niagara Credit Recovery, Inc. and is in the process of obtaining new counsel. As such, the parties respectfully requests an additional fifteen (15) days to file the necessary dismissal paperwork with the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Best regards,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Lahiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney at Law

CC:

Salvatore Gallo
Niagara Credit Recovery, Inc.
7703 Niagara Falls Blvd., Suite 8
Niagara Falls NY 14304
sgallo@ncr7703.com