# Weisberg & Meyers, LLC
## Attorneys for Consumers
(please direct mail to our corporate office in phoenix)
5025 North Central Ave, #602
Phoenix, Arizona 85012
www.AttorneysForConsumers.com
Toll Free Nationwide 1-888-595-9111
866-565-1327 Facsimile

extension: 511  
E-mail: JLahiff@AttorneysForConsumers.com

Writer licensed in:  
New York and New Jersey

April 8, 2014

Submitted via CM/ECF

Hon. Mae A. D'Agostino  
U.S. District Court Northern District of New York  
James T. Foley U.S. Courthouse  
445 Broadway  
Albany NY 12207

      RE:    James and Katherine Nichols v. Niagara Credit Recovery, Inc. et al  
               Case No. 5:12-cv-01068-MAD-TWD

Dear Judge D'Agostino:

      Pursuant to this Court's Text Order dated March 24, 2014 (Doc. No. 49), Plaintiffs, by and through their attorneys Weisberg & Meyers, LLC, submits this request for an additional one hundred eighty (180) days to dismiss this action. As previously stated Mr. Charles F. Pitarresi, counsel for Defendants, is no longer employed by Niagara Credit Recovery, Inc. Mr. Salvatore Gallo, president of Niagara Credit Recovery, has agreed to a four (4) month payment plan beginning today, April 8, 2014. As such, the parties respectfully requests an additional one hundred eighty (180) days to file the necessary dismissal paperwork and ask the Court to retain jurisdiction over this matter until the settlement has been paid in full.

                                                      Respectfully submitted,

                                                      Jeanne Lahiff  
                                                      Attorney at Law

CC:

Salvatore Gallo  
Niagara Credit Recovery, Inc.  
7703 Niagara Falls Blvd., Suite 8  
Niagara Falls NY 14304  
sgallo@ncr7703.com